# Court of Appeals
# of the State of Georgia

ATLANTA,___May 26, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0370. EDDIE JAMES REED v. LOREN GRAYER et al.**

Prison inmate Eddie James Reed filed a petition for writ of habeas corpus, as well as a petition for writ of mandamus directing the Dougherty Superior Court Judge to render a decision in the case. Following a trial court order adding the State of Georgia as an indispensable party, Reed filed an application for discretionary appeal in this Court.

Under our Constitution, the Supreme Court has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). The Supreme Court also has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006) ("'[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised.' [Cit.]"). Accordingly, this case is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____05/26/2016_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*